O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY DORSEY, individually and on behalf of all others similarly situated and the general public,<br><br>            Plaintiff,<br><br>      v.<br><br>ROCKHARD LABORATORIES, LLC, a Georgia limited liability company; and ROCKHARD LABORATORIES HOLDINGS LLC, a Georgia limited liability company,<br><br>            Defendants. | Case No. CV 13-07557 DDP (RZx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Dkt. No. 10] |

   Presently before the court is Plaintiff's Motion for Leave to File First Amended Complaint. Defendants have not opposed the motion. Accordingly, the court GRANTS Plaintiff's Motion.

   Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to

file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

    The hearing on Plaintiff's motion was noticed for March 3, 2014. Defendants' opposition was therefore due by February 10, 2014. As of the date of this Order, Defendants have not filed an opposition or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Defendants' failure to oppose as consent to granting the motion for leave to file an amended complaint, and GRANTS the motion. The First Amended Complaint shall be filed within ten days of the date of this order.

IT IS SO ORDERED.

Dated: February 27, 2014

DEAN D. PREGERSON
United States District Judge